### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Maude Shelton                                                    CHAPTER 13
                                   Debtor

                                                                                        BKY. NO. 16-16397 JKF

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for MTGLQ Investors, LP, and index same on the master mailing list.

Re: Loan # Ending In: 3051

                                                                        Respectfully submitted,

                                                                        **/s/Joshua I. Goldman, Esquire**
                                                                        Joshua I. Goldman, Esquire
                                                                        Thomas Puleo, Esquire
                                                                        KML Law Group, P.C.
                                                                        701 Market Street, Suite 5000
                                                                        Philadelphia, PA 19106-1532
                                                                        (215) 825-6306  FAX (215) 825-6406