United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maude Shelton  
     Debtor

Case No. 16-16397-jkf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 2     Date Rcvd: Apr 27, 2017  
                    Form ID: pdf900     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.

```
db              +Maude Shelton,    133 West Washington Lane,    Philadelphia, PA 19144-2655
13797590        +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13797591        +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13797592         Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
13797593        +Gregory Javardian, Esq.,    1310 Industrial Boulevard,    1st Floor, Suite 101,
                  Southhampton, PA 18966-4030
13813996        +MTGLQ INVESTORS, LP,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                  701 Market Street, Suite 5000,    Philadelphia PA 19106-1541
13860170        +MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                  Irvine, CA 92619-5004
13797595         PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                  Harrisburg, PA 17120-0946
13797596        +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13797597        +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                  Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: bankruptcy@phila.gov Apr 28 2017 12:45:12     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2017 12:44:42
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 28 2017 12:45:01     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr               E-mail/PDF: gecsedi@recoverycorp.com Apr 28 2017 01:38:16     Synchrony Bank,
                  c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                  Miami, FL  33131-1605
13876833        +E-mail/Text: bankruptcy@phila.gov Apr 28 2017 12:45:13
                  CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                  1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1617
13797585        +E-mail/Text: ecf@ccpclaw.com Apr 28 2017 12:44:16     Cibik & Cataldo, P.C.,
                  1500 Walnut Street, Suite 900,    Philadelphia, PA 19102-3518
13797587        +E-mail/Text: bankruptcy@phila.gov Apr 28 2017 12:45:13     City Of Philadelphia,
                  Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102-1611
13797588        +E-mail/Text: bankruptcy@phila.gov Apr 28 2017 12:45:12     City of Philadelphia,
                  Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102-1504
13797589        +E-mail/Text: bankruptcy.bnc@ditech.com Apr 28 2017 12:44:24     Ditech,    Attn: Bankruptcy,
                  PO Box 6172,    Rapid City, SD 57709-6172
13797594         E-mail/Text: cio.bncmail@irs.gov Apr 28 2017 12:44:21     I.R.S.,    P.O. Box 7346,
                  Philadelphia, PA 19101-7346
13793333         E-mail/PDF: rmscedi@recoverycorp.com Apr 28 2017 01:38:17
                  Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13797586*       +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                             Signature: /s/Joseph Speetjens

```
District/off: 0313-2          User: John               Page 2 of 2              Date Rcvd: Apr 27, 2017
                              Form ID: pdf900          Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Maude   Shelton ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Maude   Shelton ecf@ccpclaw.com,   igotnotices@ccpclaw.com
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                              :
                                                    :
Maude Shelton                                       :    CHAPTER 13
                                                    :
                                                    :    BKY. NO.   16-16397JKF13
                                                    :
           (Debtor)                                 :

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

　　　　　AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.　　　　This chapter 13 bankruptcy case is **DISMISSED**.

2.　　　　Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.　　　　Any wage orders previously entered are **VACATED**.

4.　　　　Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.　　　　All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.　　　　**Promptly after the expiration of the time period set forth in paragraph 5 above, Counsel for the Debtor shall file either:** (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7.　　　　If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: _____                              _____
                                                   HON. JEAN K. FITZSIMON
**Date: April 27, 2017**                           U. S. Bankruptcy Judge