United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Maude Shelton  
    Debtor

Case No. 16-16397-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: John    Page 1 of 1    Date Rcvd: May 19, 2017  
                Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2017.  
db       +Maude Shelton,    133 West Washington Lane,    Philadelphia, PA 19144-2655

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg      +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 20 2017 01:05:15     U.S. Attorney Office,  
     c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404  
                                                                                                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2017 at the address(es) listed below:  
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   MTGLQ INVESTORS, LP bkgroup@kmllawgroup.com  
        MICHAEL A. CATALDO2   on behalf of Debtor Maude  Shelton ecf@ccpclaw.com,  igotnotices@ccpclaw.com  
        MICHAEL A. CIBIK2   on behalf of Debtor Maude  Shelton ecf@ccpclaw.com,  igotnotices@ccpclaw.com  
        THOMAS I. PULEO   on behalf of Creditor   MTGLQ INVESTORS, LP tpuleo@kmllawgroup.com,  
     bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                               TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MAUDE SHELTON,<br>　　　　　　　Debtor(s). | Case No. 16-16397JKF13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

　　　　**AND NOW**, this _____ day of _____, 201_____, upon consideration of the Application for Compensation, it is

　　　　**ORDERED and DECREED** that counsel fees in the amount of **$4,000.00** are approved and the balance due to counsel in the amount of **$3,000.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_____
HON. JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE

**Date: May 19, 2017**

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

MAUDE SHELTON
Debtor(s)
133 West Washington Lane
Philadelphia, PA  19144